# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MN Laborers Health and Welfare Fund;
MN Laborers Pension Fund; MN Laborers Vacation
Fund; Construction Laborers' Education and Training
Fund of MN and ND; MN Laborers Employers
Cooperation and Education Trust

Case No. Civil 01-2110 PAM/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Gibsons construction Enterprises, Inc.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. That Plaintiff's motion for default judgment is granted.

2. Plaintiffs shall have judgment against defendant GibSons Construction Enterpriser, Inc in the amount of $61,455.46.

3. That defendant shall produce for inspection and audit a complete set of the following business records for the period of January 2001 through the present. a. All payroll journals; b. All Time cards; c. All Internal Revenue 941 quarterly report forms; d. All Internal Revenue W-2 Forms for employees of Deft and the W-3 forms. e. Deft's payroll check register and sequential canceled checks from deft's payroll account; and f. All internal Revenue 1099 and 1096 forms for 1997 through 1999.

4. Defendant is further ordered to produce for inspection such additional records as are deemed necessary to the performance of such audit by representatives of the Plaintiffs.

5. Production and inspection shall occur with 10 days fo entry of this order at the premises of Zenith administrators, 77645 Metro Blvd., Mpls., MN 55439.

6., The only issues remaining to be determined in this action are the amount of Plaintiffs; damages and Plaintiff claim for attorney fees and costs.

7. That the amount of Plaintiff damages and claim for attorney fees and costs shall be determined by the court after hearing.

DATE: January 24, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk